No. 172, Misc. SCARPINATO *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

NOVEMBER 9, 1949.

*Miscellaneous Order.*

No. 313. WRIGHT *v.* UNITED STATES, 338 U. S. 873. Motion to stay order denying writ of certiorari denied.

NOVEMBER 14, 1949.*

*Per Curiam Decision.*

No. 421. GOODLEY *v.* CALIFORNIA.

*Per Curiam:* The appeal is dismissed for want of a substantial federal question.

*Miscellaneous Orders.*

No. 88, Misc. WEDGLE *v.* UNITED STATES. The motion for leave to file petition for writ of certiorari is denied.

No. 178, Misc. FURMAN *v.* RAGEN, WARDEN. The motion for leave to file petition for writ of habeas corpus is denied.

*Certiorari Granted.*